IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRAZENHEAD, LTD.,
et al.,

        Plaintiffs,

vs.

JACK J. EGGSPUELER,

        Defendant.

Case No. C2-07-1172
Judge Edmund A. Sargus, Jr.
Magistrate Judge Terence P. Kemp

## ORDER

The Court is in receipt of the attached correspondence from counsel for Plaintiffs and Defendant. Counsel indicate that the parties are attempting to negotiate a settlement of their business disputes, including resolution of the instant litigation. They request a stay until September 17, 2007 in order that the parties may work towards a final compromise.

Accordingly, this matter is hereby **STAYED** until **SEPTEMBER 17, 2007**. For purposes of docket administration, the parties' pending motions, including Plaintiffs' Motion for Preliminary Injunction (Doc. #4); Defendant's Motion to Dismiss (Doc. #12); and Plaintiffs-Counter Defendants' Motion to Dismiss Counterclaims (Doc. #24) are denied without prejudice, subject to reactivation should the parties notify the Court that they have been unable to reach a settlement.

IT IS SO ORDERED.

   9-5-2008
_____
DATED

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE